Good morning, Your Honor. Mary McGuire from the Federal Public Defender on behalf of Mr. De Leon-Ramirez. I wanted to start briefly with this court's question about whether or not the district court in fact conducted a de novo review in this case and we have filed supplemental briefing with this fact and I think the parties are in agreement that the district court did in fact conduct a de novo review in this case. We know that from looking at the court's order found at JA 255 where the court says that it in fact conducted a de novo review. Let me just start with a few questions. So can you explain why this agreement was structured in a way that required that was the agreement was done this review and accepted the defendant's plea? Is that typical? Well Your Honor, I think that it was simultaneous in the sense of what happened was the magistrate had issued his report and recommendation. We had followed our objection to the second part of the report and recommendation. We of course were in agreement as to the first part of the report and then that went up to the district court and we wanted to preserve obviously that issue for appeal. There's no reason why that couldn't have been preserved after the district court ruled on the objection, took your client's plea and then pursuant to the plea agreement would have said I understand that you've also preserved this right to bring this case up on appeal. This is this motion right? Right, there's nothing that would have prevented it. That's typically the way I've always seen it done and the problem that I have with this case is the judge although obviously the written order does say that he conducted, Judge Hudson conducted a de novo review but he started off the hearing by saying you know this is highly unusual. I'm only doing this because I respect you lawyers but this is highly irregular and then somebody says well judge we'd like you to go ahead and conduct the review and he said well my hands essentially are tied. He said something like that in the record and that's really the concern that I had is he said basically I can't make any changes to this because of the agreement. You don't recall that in the record? I would have to look I know he says early on at the beginning of the plea transcript and I have the JA here I can look at it. He says I'm not going to conduct any further review I think is his his statement right at the beginning of the plea colloquy and he does say that that he has great respect for the lawyers in this case. This is found at JA 231 your honor. I think 232 is where you're looking. Thank you. Go ahead. So to be honest with you your honor this is in my gosh almost 28 years of practicing the first time that I actually have even had this scenario of a district court in Let me point you to the language that I'm talking about at 232 and Judge Richardson was kind enough to highlight this. Mr. Schiller says I understood the court was going to enter an order that reflects that the court did review the magistrate's findings back conclusions then adopts them directly after that review. The court I have done that but it pretty much precludes me from making any changes. What does that mean? I think that what that means is that we are asking the district court to adopt the findings of the magistrate. You can ask all you want but then it's up to the judge independently review the report and decide for himself whether or not there's any objection any merit to the motion and the point of it is to let him decide so that we're not in the first instance being required to do this without a full review by the by the court and it's that language that causes me concern that it sounded like you guys and I don't know why Judge Hudson would have thought that he's not a shrinking violet it didn't strike me as someone who's easily intimidated but it sounds like for whatever reason he thought he couldn't actually independently review this this the magistrate's R&R. Well with all due respect I think he knows that he can and in fact the although it's unpublished opinion in this court said that there is a presumption that the district court knows how to apply 636. Let me ask maybe a hypothetical imagine the government and the defendant very openly and transparently entered into a written agreement and it said the district court we agree and we're asking the district court to agree that he either gives a thumbs up or a thumbs down so we got an R&R and we we don't we because we're in we're in a hurry the district court only gets to give a I adopt it or I reject I can't change it it's like an 11 c1c plea right except it's not supported by the rules but otherwise it's like that where they say you either go up or you can go down but that's the only option Judge Hudson you have or in order to accept this plea that you can reject all of this and do something else but those are the options you have if if y'all had done that and I'm not saying you did but had you done that would you agree that that would have been improper well I it may have been improper but the bottom line is Judge Hudson's the judge right and he gets to decide and he gets to apply the law and the law here but her but excuse me but judge Diaz his question is did you prohibit Judge Hudson from doing that did you force him into a position where the only option he had was up or down right there's no like I need to change this or I need to do additional fact-finding or I need to write that did you put him in a box that is like an 11 c1c plea where he can either accept it or reject it well you try to put him in and I is one aspect of it you can put him there but can you doesn't he have an independent obligation to conduct the reasons for yes he does that 636 says that the district court shall do a day no review didn't do it in this case what happens with your if he didn't conduct properly noble view what do you think happens well obviously our position first of all as you know is that we we think he did conduct a day no but we think that the presumption is well I will tell you your honor what I would ask this court to do and I is that this court is conducting a de novo review anyway now I know that that has been rejected what do you think then happens with your case well then I guess we get to withdraw the plea we go back we do a de novo review of the R&R he rules we then do a conditional plea and then we're right back to where we are well because we've done a conditional plea to preserve this issue for appeal which was whether or not the fugitive tolling statute applies I mean that was what was negotiated as part of the well you could but then there's harm to my client who is due to be released in June of this year and so by that point he's already out of custody and so then we are obviously I guess he's always suffering a harm and then we could undo a conviction but I mean the idea here is to seek some relief for my client your oh just yes maybe speaking of this because I think the point is this is making is the de novo review was not conducted then where does that leave us because you don't get to tell the judge no de novo review I think it's required right I think they know a review is required and I think that this record supports it more than just saying I conducted a de novo review well the case law says that they they have to conduct a de novo review but they do not have to conduct a de novo hearing and in fact they can in fact issue an order based solely upon the record created by the magistrate and quite frankly the case law says again it's in an unpublished opinion by this court that absent an affirmative showing that the district court did not conduct a de novo review it is presumed that the district court did conduct a de novo review because the presumption is that a district court acts appropriately you present some new arguments that to the to the district court and to the magistrate new arguments about you said the failure to appear 2016 you made an objection to we made an objection as to a legal conclusion drawn from the failure to appear in 2016 arguing the you mean the district court your honor you made the objection to it but not done right I did make the objection to it well I guess in his order he says I've done a de novo review and I overrule the objections of the defendant at 255 in his order you think that's a that provides a meaningful basis upon which the court on review here can ascertain is whether it was done correctly I just say that well your honor I think the presumption of regularity and the presumption that a district court knows what its obligation is under 636 and the presumption that judge Hudson knew what that obligation was is that he did in fact fulfill that obligation under 636 judge Hudson obviously is a very wise and experienced judge and as I said not someone who's likely to shrink in the face of lawyers suggesting or telling him what to do but what was it that what was the great reservation that he had that he he says I'm taking this course with great reservation this is a page 232 of the tremendous amount of respect for both the lawyers what was he talking about there your honor I see you see what the I mean that this is and I want you to get to the merits because it obviously the merits are important but it's this it's this sort of hesitation on the record that gives me pause as to whether or not he felt that he he felt somehow circumscribed in his ability to not withstanding the record that suggests otherwise that he felt circumscribed in his ability to conduct this de novo review but I think we've beaten this dead horse well half of the dead horse I'm going to have him talk here in a little bit about that but go ahead and if it's okay sure thank you your honors in this case really the issue for this court to determine is whether the government met their burden by a preponderance of evidence to indicate that my client was in fact fleeing from justice all the parties agree in this case that my client was found in the United States can you address the threshold question threshold legal question of whether this is a continuing offense because I read Smith and blizzard from this court to suggest that this looks like a continuing offense right so it has two different parts the entering doesn't seem continuing at all but being found in strikes me is exactly the the scenario of a continuing offense that we don't even get to this sort of factual debate that that you want to describe right if it's a continuing offense then it doesn't matter whether he was fleeing or not they can charge him at any time that he is found in based on the plain language of that statute that it's a continuing offense why is that wrong that's wrong your honor because the precedent from this court says that the statute of limitations begins to run when the illegal alien is found in the United States and that is when the crime is completed and so the question is what is he found in cases that that you cited a couple of unpublished cases that suggested that but what I was looking for was what is the the published decision of this court that decides that question your honor you're right we do rely on unpublished opinion but I do believe that that is also addressed in your rebate Rios and I would relook at that case at 558 F 3rd 347 your honor miss McGuire isn't the answer in this case that the magistrate judge found otherwise in his report and the government didn't object to that finding in his report right so the record that that is correct the magistrate found in its report and recommendation that my client was found in the United States actually in the government had an op would have had an opportunity to object to that and it didn't so why isn't the argument waived I think that the government has waived that argument and so that's why I'm focusing on the fleeing aspect of this because my understanding from the record before this court is that we are in agreement that my client was found in the United States in 2007 and so therefore the illegal reentry under 1326 was completed in 2007 when he was found here by ice he was known to Chesterfield authorities he was known by ice to be here and so therefore the crime was completed in 2007 that's what the magistrate found and that went without objection filed in the R&R by the government so my position is we can't even address that issue you're right your honor because it has been waived by the government so the only issue before this court as I understand this record is whether or not there is an exception to the statute of limitations under 3290 whether or not he was a fugitive and under 3290 the government has the burden by a preponderance of evidence to demonstrate that the person was intentionally fleeing and concealing themselves in an order to get the statute of limitations to run and on this record the government chose not to reduce any evidence whatsoever to demonstrate that my client was fleeing from justice there has to be demonstrated intent by the defendant to flee and also that he concealed himself from law enforcement is there any what about and I understand part of your with respect to this issue of the court date that he received incorrect information and therefore had no understanding of when he was supposed to report but isn't I mean couldn't you argue that a criminal defendant has an obligation to stay in touch with his lawyer stay in touch with the court and have an understanding generally of his obligation to sort of resolve this charge in some way and there's no indication of that in the record well the record is silent one way or the other and the burden is with the evidence that he was fleeing so I don't think there is any explanation but I also think that Singleton out of the DC Circuit is exactly on point because that was the case your honor where the individual was on pretrial release they had a lawyer and failed to make a court appearance and what the DC Circuit said in Singleton was that was what the government was arguing that somehow there was some burden on the defendant and in fact the burden is on the government to prove by preponderance of evidence if the defendant had an intent to flee and conceal himself from justice and in that instance in Singleton the court found that the government had not met their burden because over the five-year period the US Marshals had just gone to the address on two occasions and so I believe that we need we can't do burden shifting here to the defendant the burden is on the government to prove by preponderance of evidence that the defendant is has the intent to flee and conceal himself from and if you prefer to wait and answer this question when you come back up that's fine too judge Diaz raises the question of whether the government waived the continuing offense argument they raised it in their response brief you respond in your reply brief on the merits and you don't assert that they waived it there and so help me understand why I mean you know you sort of a waiver of a waiver I don't know whether it was raised below or not I'm even if it wasn't raised below they raise in their response brief as a grounds an alternative grounds in essence for affirming the decision below you respond on the merits primarily relying on the unpublished case I'm at you know page five six and seven of your reply brief but you don't assert that that argument was waived you address it on the merits right we are in our opening brief in fact we we started our opening brief asserting that the that you're right we don't say they waived it in our reply brief is a simple answer to your question but it was because it was understood based in our opening brief that that that finding had been made by the magistrate without objection by the government so we were proceeding on the assumption that everyone was in agreement and so quite frankly we were a little shocked to see that argument being made in their response because the record supports the fact that everyone was in agreement that my client was found in 2007 and that was nobody doubts that he was found in 2007 the question is what's the nature is the legal question I get the the factual finding was there but the legal question of whether this is a continuing offense or not right he the government raises that issue in this response brief and you don't sort of claim waiver and I don't want to get into the waiver of a waiver of a waiver or whatever we are at that point but I'm just I just was curious why you responded on the merits in and then sort of now want to sort of backtrack on that I guess is where I'm going and I think I understand your answer so you don't actually need to answer my last question. Well you have a few minutes of rebuttal we'll hear from the government. May it please the court I'm David Schiller for the United States with regard to this matter does the court want me to address the issue of the de novo review I would I think it'd be a good idea yes I'd be happy to the circumstances there and we laid this out in our supplemental response but specifically addressing the questions that were raised Ms. McGuire proposed the plea agreement in the structure that was presented there I didn't have any problem with that because that we were presented with a problem of would there be enough time going through the whole process to get a fair review and a fair appeal and so that expedited the process as as I started the guilty plea well I'm all for expedition but not at the cost of complying with the process and the important process of making sure that the judge actually conducted a de novo review so I guess what I want answers to is what was Judge Hudson concerned about what reservations that he had that were overcome by your stellar reputations that said he could he could proceed well the circumstance here is that obviously the statute only requires de novo review limited to the objections that are filed by the defender filed by a party there's not an independent de novo review under that statute and that's the plain language of the statute with regard to the circumstances here as you know I believe you know Judge Hudson was my US attorney in the 80s and I have knowledge had personal privilege point I suppose is that I know how thorough he is and how directed he is and how he is reluctant when parties are waiving issues what was what was being waived here well when when as part of the agreement the defense agrees that the objections will be overruled for purposes of moving forward with a guilty plea and a conditional could that possibly be a de novo review then by the judge if you've already for ordained the result well there are two things one is independent of the agreement of the defendant the judge said he had done it de novo review of the objections and that's I heard you just say that the parties agreed that any of the objections would be and that there would be no review of the objections and they were effectively waived that is exactly what I said and when I got to the guilty plea hearing as it set out in the transcript I raised that with the judge and he said well I've already done the review and I've entered the order affirming the R&R I describe I think he has a pretty good question here but you describe it as the defendant and I'm not trying to quote you but in essence the defendant agreed the objections would be overruled I understand that's the implication of the record is that anywhere memorialized I mean was that in the plea agreement for example was it part of an allocution by the defendant where do I look to and I'm it's not that I'm at all questioning your representation I just want to understand I get that's the implication of what happened but is that actually in the record somewhere that I can look at that agreement and then I'll add you at the second question to make it hard to follow is if the defendant agreed should we look at that as a waiver of the objections I mean if one possible remedy not necessarily advocating is that that's a waiver of the objections by the seems odd given the conditional guilty plea but you know generally if a party says I agree that these are going to be overruled at that starts to look like a waiver the the first answer is to where it's in the record is what I say to the court in the first two pages of the guilty plea where I say we understand and and and what happened here was we reached an agreement the court was advised through chambers that there would not need to be a hearing on on those objections because they were going to be agreed to be overruled I would not call that a waiver because the whole understanding here was that the defense wanted to expedite so it could get a full appeal done but why was why was there a presumption that judge Hudson couldn't independently review this and come to a conclusion that might be favorable to the defense there is none so why not let him do that he well answer answering the last point his hands were not tied and that's why I was trying to start the plea agreement by making sure where we were procedurally and I say I had under said earlier that the agreement was that the defendants objections would be overruled in other words he would not get any relief he would have to come up to us to get any correct I don't I'm having trouble understanding how that amounts to a independent de novo review if the decision is already preordained because when we get to the point of the implementation of the agreement at the guilty plea the judge says I have done the review and I have in other words he said I don't care what you guys are thinking I'm gonna do what I'm gonna what I need to do yeah he really did do that in a nice way I mean he he said I already done the review and I've entered the order and at that point in the transcript I say something fairly not erudite of okay and then move through the standard rule 11 colloquy and at that point my thought is okay I'm we've had our review and the judges ruled and and procedurally we're good at that point for the conditional plea and the preservation of an appeal on the prosecution was barred by statute of limitations you or something or you simply say that my view has been all of the case law that I could find on this question says that as soon as the district court says it's done a review that that's the end of it there's no reason articulated as to why he did it that is correct and and we just don't like to do that we'd like to know why you did it then we can address the basis of why you did and as the case law that I look to for making sure my understanding of this was properly procedurally is all the court has to do is say that it did the de novo review there is as defense has pointed out here a presumption that it's done because the district courts know the rules and there are multiple affirmances of review questions where I remember one question was the Second Circuit said a terse one-line statement that it had done the review was sufficient I didn't find any case law anywhere even any suggestion in the case law that the district court has to lay out its reasons for X objection one objection to exception three I never found a case or even a suggestion that the blanket statement of the district court that it did the review is required if it was required in that case was not satisfied by simply saying he did it so to answer your question directly I do not believe district courts are required to conduct or write down a memorandum of opinion issuing out all of the reasons for a fact a or objection one or what have you there's also several case law case decisions that I've cited that say a hearing is not required on on the de novo review question it's just a practical question that your colleague referenced earlier not sure that this matters but I'm curious is it a common practice for motions to dismiss to be referred to the magistrate judge by the district court in criminal cases I get several cases that happens quite regularly but in the criminal context your colleague suggested that this seemed like a one-off scenario for her you've obviously been around for a little bit is this a common occurrence in EDVA regrettably more than a little bit I in April you can't tell you look quite young I've got a 20 here yeah the question you ask is a good one and and I can tell you that the practice and my knowledge is limited to the Richmond division is practical matter but you would not have had this referred to a magistrate in the 80s or 90s they just wouldn't happen judge marriage used to sit where judge win is now sitting would not have any of that it changed in as best I can think in the mid to first decade of 2002 five six seven when we got one more than one magistrate I can't exactly recall when that happened but when judge Locke became magistrate and if you want history of it I think that was judge pains doing and so things like suppression hearings and evidentiary hearings on that sort of thing started going more to so I don't think it's a one-off to use your term it's been done more and more and we're blessed here and I'm not shining the Apple but because both magistrates here now where my former colleagues in the US Attorney's the court would refer that's where it is and I think the odd thing here if you will is the submission of an R&R with this much detail and then some objections filed and what to do and do you have a hearing do you have as judge memory and opinion resolving Davis Davis requires for the trial court to articulate a reason I see your point yes a lot of case law that says that's the problem that's why judge Diaz has been asking these questions and one of the things you have here is the defendant did large objection specifically objective the statute of limitations termination 2012 2017 what didn't address it at all now we are on review there's a reason we asked for those reasons and that's one of those circuits that require you to give those reasons now I fully understand the court's order was to obtain a reason and we tried to do as good a research on the questions of extended review and what the district court has to do that's why that was a good mantra now look at this is what I do with this problems up yet see before it put it on up to the court I guess well no no I mean but but you know let's go to the merits because sees me both sides I argue this thing is the Dover view different reasons of course but go to go to the marriage yes your honor can you at least start on the merits you have to stay here long on the waiver issue of continuing offense I understand the argument in your response brief they don't assert waiver in their reply brief but what was their discussion about or whether this was a continuing offense in the magistrate I know there wasn't much discussion in the district court about this but was there discussion about that and is that an issue that you think is preserved for our review the answer your second question is yes it's preserved why be it's a legal question sir you didn't object no I understand that don't you have to object not that that's why I said it's a legal conclusion not a factual conclusion you don't have to object to then assert an affirmance on alternative ground it's the same reason you don't have to file a cross appeal on every legal issue that would support your conclusion yes that is much better put than I did but yes you say you can just wait till you get up here you don't have to check as to a termination it says no it's a continuing offense as to a legal application of that continuing offense doctrine no I don't think we have to do every other circuit is going to get you all that all the other folks are saying this thing is I wouldn't say this is a continuing type it's the seventh circuit right I was trying to remember a Midwest circuit I USV are a re I judge Sykes yeah yeah and and and with regard to the doctor the answer to your question yes I think the issue is preserved because it is an alternative legal reason and I make the point in terms of standard of review the difference between factual conclusions and and legal issues legal issues are of course de novo review here and factual alert are clear error determinations you know there are no published decisions answering the ultimate question here of how the continuing offense doctrine applies directly to a statute of limitations there are certainly suggestions and someone mentioned the Smith case comes to mind certainly suggest that that the continuing offense doctrine applies to to affect the application of a statute of limitations there there's also case law such as barefoot or birth the Hobbs Act case with continuing acts and and therefore continuing offense so you can make an argument that says basically that because it's continuing offense the the found is a shifting target target date and that's really about all I have to say about that you move to the night I really wanted to just make sure about the waiver issue I think I think we probably also want to hear some about the facts yeah but the facts and in the case I think is very direct here in this case as set out in evidence there are 11 indicia of intent to flee by this defendant in this case and and if those are not sufficient to told the statute of limitations I do not believe I'm never going to see a case of tolling here I do not disagree that the government got information as to the defendant's presence in 2007 we know that because the US Marshals got a warrant on a supervised release violation that was filed at that time by the US probation office there there is also the disputed issue as to communication between Chesterfield and someone at the ice office but the bottom line is and I and I couldn't come here and say there's clear error to say the the federal government got notice of the defendant's presence in 2007 whether it's a left-hand right-hand problem I don't know but and that's why I did not object to that because I don't think I stand here and say it's actually wrong having said that though you do have 11 indicia I think that that shows this defendant did have an intent to flee and I would put it to you this way ask the question when in the evidence established in the factual conclusions of the magistrate is adopted did the defendant ever not lie did not violate a court order did not violate the law did not show disrespect to the courts involved did not jump on did not use the typical emos of deception evasion and concealment in this here in this proceeding from 2005 to 2018 it's been a consistent pattern of behavior and and that's really the substance here and talk to us just for a second about the one issue I think judge wind raised this earlier about the use of sort of past or sorry future acts sort of after the statute had run the continues jumping bond and through the you know there's some suggestion by the defendant that you only look at sort of prior acts to evaluate whether he was pleading why wouldn't we sort of use the same 404 B analysis that is both prior bad acts but also subsequent bad acts to the extent that goes to show his state of mind that's exactly the point we use 404 B all the time every day and it's maybe not every day anymore but no it really is I mean when we evaluate the intake level of the case coming in you look at that what happened before the event what happened after in this case you know before the event is the 2005 conviction for counterfeit immigration documents why is that relevant here because when he's arrested by Chesterfield in 2007 what does he do he presents a Mexican identification in a fake name that's another counterfeit document he's still doing it after the federal conviction in 2005 and that's in violation of the supervised release terms that's in violation of the law as he's already been convicted of and if that does not show his intent from the get-go I don't know now in 2007 in court but you get the wrong court date so how are you how are you fleeing for that then you got a 2016 that's after the statute of limitations yes well two different questions as to the you've got you bring up the fictitious name as indicated fleeing but what you have addition to that is the 2007 fail up here but you gave him the wrong court date so I mean I don't know what that means that doesn't indicate he's fleeing. Then you've got 2016. What is between that other than what you now go and try to find out is he doing this? Well as to 2007 first of all in addition to the Chesterfield court issue you also have he didn't turn himself into the probation officer he didn't answer for that supervised release and there was an outstanding supervised release warrant issued at that point that that remained outstanding and the US Marshals I'm sorry there was a coordination as the record shows between the US Marshal the probation and the Chesterfield detective correct and that that's not unusual to get a warrant and then put it on NCIC we only have so many officers and aides your honor and and there's nothing in the law that says statute of limitations applies if the head of the US Marshal office here in doesn't say let loose the hound send everyone out to go find Mr. Dale I mean there's a middle ground let loose one hound go to his house the address that is on the on record there's no evidence they did that that is correct but at the five years then yeah that's got what a statute of limitations does I mean does that all kinds of areas but it's the statute of limitations that's the problem not the whether or not it doesn't take account whether you're going to look or whatever but there's nothing here other than you've done extraordinary simple stuff I don't see simple stuff just go to his house well if I may answer the issue of adequacy of law enforcement effort it is a question if you had a thorough law enforcement effort and I participated in those especially you know murderers who flee to the Virgin Islands was my last case and we were working that very hard for obvious reasons a run of the mill interesting story I was down there and actually believe I saw the fugitive at any event but getting to the serious question if you do a full investigation and you can't find him that clearly is proof that the certainly indicative basis that the defendant is intending to flee but the converse is not necessarily true if there is not a thorough or adequate or vigorous law mean that he is not intending to flee you look and see if there's other evidence that can prove that the law enforcement effort is just one form of proof I would submit okay thank you for your presentation thank you ask that it be affirmed thank you you have a few minutes I just have two very brief things to say about the day Nova review and then I obviously just submit that to the court but in addition to the order on 255 you also have in the plea agreement at JA 259 reference that the report and recommendation of the magistrate was adopted by the district court and I also think that you can infer that when it says it is adopted by the district court that the district court did in fact review the report and recommendation is when there are objections me and you made an objection there's a new objection there's nothing there the purpose of the noble review not just for doing something really is to tell us what the basis of the ruling is and you just say well I was just adopted and it's fine with me move on okay what was the was the plea agreement signed by your client before the day of the plea um I can look I think it was probably signed in court that day but I can check the reason I ask is because it suggests that it has been adopted as a past act and suggest to me that if that order was issued by Judge Hudson it certainly wasn't done long before the plea hearing right I think I think that his order is issued the same day as the plea hearing which is November 7th which is the date that the plea agreement on 262 thank you I'm going to them to the merits however I think that what this court needs to remember is that the burden is on the government to prove by a preponderance of evidence that the defendant fled and this record is absolutely silent with the exception of what is found at JA 124 which is a series of emails that are exchanged between the US Marshals Service the detective in Chesterfield who mentions that he has spoken to Lee Gaines at ice that is the extent of any law enforcement effort to locate mr. Leon Ramirez and so therefore I do not believe that the government has met its burden by a preponderance of the evidence to demonstrate that my client was fleeing justice as this court has already recognized my client was out on bond in Chesterfield with a bail bondsman listed on his bond paperwork his address is listed on the bond paper so is your position that in every case where the government does something similar to this just minimal activity in response to someone who is not made himself available that that ends the inquiry you don't look into the defendants actions or inactions I think that the case law is clear that it is the government's burden to prove by preponderance of evidence that the person is fleeing I think that certainly you can look to what the defendant does as to whether or not they are taking actions to intentionally hide themselves but in this instance we have a silent record as to what if any efforts were done by law enforcement between 2007 and 2016 to find my client the only evidence we have of any steps that they took was this exchange of emails in 2007 found at JA 124 and so if the court is to look at the cases that we cited where this issue has come up right this the cases that come down on the side saying that somebody is fleeing and in the cases that come down on the side saying that the government just hasn't met its burden that the person is fleeing and you know it's our position that in cases like Griever out of the Sixth Circuit where they find that the government made efforts I mean they searched the person in the database 16 times they went to the residents numerous times you know those are efforts taken by law enforcement to locate the person right so those were sufficient but you seem to be arguing that that those have to be necessary but if there's evidence and I know you don't think there's enough evidence in this record about your clients activities but if there's evidence of that why can't a judge even notwithstanding the government's minimal efforts come to a conclusion that a defendant was fleeing well it's a legal conclusion as to whether or not the intent to flee and in this instance the two things that basically the things that the district court relied on in adopting the magistrates report and recommendation were the failure to appear in 2007 which we've already discussed he was given the wrong date so obviously I don't think that that be counted the only other thing relied on in terms of failing to appear was the 2016 failure to appear which is outside of the statute you just heard you heard Richardson talk about the use of 404 be evidence both you know pre and post for or be evidence in suggesting that there's nothing wrong with looking at that evidence to gauge your clients intent what what is wrong with that well I think what is wrong with that is looking at somebody's actions in 2005 and somehow trying to impute that to their actions or subjective intent to flee in after 2007 or in the future I don't think the fact that he's document case bears on his intent later on and I also think the concern you have then is that any time somebody is an undocumented person in America they are going to be considered a fugitive simply because they use a different name and I don't think that that's the precedent that you want to set we need to remember that the Fugitive Tolling Act is an exception to the statute of limitations argument and so that that's why there is a government burden there and so that's why I don't believe that is an appropriate test to look at this or treat it somehow like a 404B analysis. Thank you. Thank you Ms. McQuarrie. Ms. Shuler will come down and brief counsel. We'll take a brief recess and proceed to our last case for the day. This honorable court will take a brief recess.
judges: James A. Wynn Jr., Albert Diaz, Julius N. Richardson